CECILIA PREZIOSE
4858 Canterbury Way
Anchorage Ak, 99503

vs

TAMMY GREEN, MPH, ANHC CEO
ANCHORAGE NEIGHBORHOOD HEALTH CLINIC
4951 Business Park Blvd
Anchorage AK, 99503

3AN-18-08823CI

Request Hearing for Injuries received during a mammogram procedure:

On May 2, 2017 I had an appointment with Dr. Rachel Samuelson for a routine review of my Thyroid and Full Chem Screen Results. I had no other health issues. At Dr. Rachel Samuelson suggestion I should have a mammogram performed. I did so not ten minutes following my appointment with her.

During the mammogram I had to tell the technician several times at least three times she is hurting me, she ignored me and responded that she needed a picture. My right arm was stretched and hurting. At one point she was twisting my neck so aggressively I severally demanded she stop my head does not turn any further, my neck is not that long. With my arm stuck in the machine, already hurting, she raised it further and left the room. The following days I lived on aspirins thinking it was just a sprain. I needed to shift with both hands, letting go of the steering wheel, cause my right arm did not have the strength and was painful. After about a week I went to the clinic to complain and see a doctor. It was a summer schedule and was told they would try to fit me in. It took one month. I filed the appropriate paper work with their agency.

There was confusion on my account/claim number in August 2017, claim # 2017-0427. I called many times with no response. I called Larry Edwards of ANHC too to get some help too. November 2017 claim #2017-0549, they sent a letter saying they were reviewing my claim. Claim numbers are very important, at this point I didn't know where my records really were, were they in two different places, did they have all the information in one place to review this claim? Never heard a word. I sent a certified letter with signature request, no response.

June 2, 2017. At that appointment I saw Dr. Rachel Samuelson performed several strength and mobility tests on my right arm and they resulted in diminished capacity for both.

Dr. Rachel Samuelson recommended PT. I followed through with Alaska Hand and Shoulder Rehab Clinic, a very well-respected office in Anchorage. They allow me to pay as I go and run a tab so to speak. I did pay them in full finally. After several appointments and discussing my pain threshold and lack of expected progression, we realized this was not solving the problem. I scheduled an appointment with Dr. McNamara's Orthopedic Practice. I saw Mr. Robert Thomas, PA. he too performed several tests for strength and mobility accompanied with an x-ray taken at that visit. His recommendation was to have an MRI at Alaska Regional Hospital. (ANHC did not take any x-rays and was not suggested).

Results of the MRI clearly showed torn tissues and my bicep tendon out of "socket". Both enough for me to lose 90% of use of my arm. Sleeping and normal usage has been impossible. I have been taking aspirins and Flexeril to get by. I worry that the tendon will snap, since it is not in its protect.

The injury, although debilitating, was not enough to require surgery. I continued water therapy, but nothing was helping.

In December of 2017, I learned of Stem Cell Therapy. I had several consults in Alaska. Most thorough was Dr. Peterson of Algone in Wasilla. He is excellent. I continued my online education, taking my health treatment destiny into my own hands. Dr. McNamara's office was not studied on the subject, so I was on my own. Even though I am a healthcare professional, I am not an MD. But I know enough that that I was on my own and that is a frightening place to find yourself when you need treatment. After about 6 months I made the decision to go to California to see Dr. Wortham a colleague of Dr. Comelia, she is the foremost researcher for this treatment in the US. I received treatment May 16, 2018.

CECILIA PREZIOSE
4858 Canterbury Way
Anchorage Ak, 99503

vs

TAMMY GREEN, MPH, ANHC CEO
ANCHORAGE NEIGHBORHOOD HEALTH CLINIC
4951 Business Park Blvd
Anchorage AK, 99503

I did not make this decision lightly, I was very nervous having treatment:

1. Out of state
2. Someone I don't know
3. For treatment outcome with a positive result.

It was very scary to say the least. Fortunately, I found Dr. Wortham and staff most accommodating.

I have had and still need treatment one year later. I have mounting medical expenses; emotional and physical stress, my credit has been impacted, lost wages.

I have paid for consultations, x-rays, PT, surgery, flight and hotel bills, all out of pocket because of the arrogant treatment of ANHC technician, only to be injured again with the lack of empathy, respect or any remote consideration from their insurance company not even so much as one response all this time. At no time did anyone from the clinic contact me to see how I am doing and what or where am I at with treatment. I too am a healthcare professional and when a patient says something hurts, I / ONE should stop and find out what is the problem. This communication did not happen nor, did she want it too, she continued to hurt me throughout the whole process and I couldn't leave being stuck in the machine, then she raised it causing more damage to my shoulder.

Is this the way we treat people today? Like I have nothing better to do but force a legal claim.

I have paid thousands of dollars and am not finished with treatment. I still need PT with Dr. Peterson's office to manipulate my bicep tendon back into place. With the tendon out of place I risk severe painful major surgery, long term PT/rehab, permanent work loss and use of my arm.

I have made copies of documents to correspond with the above claims.

I respectfully request the court to schedule a hearing and have Anchorage Neighborhood Health Clinic meet their responsibilities and properly care for their patient by compensation for incurred expenses, physical and emotional stress, lost wages, legal costs, and future treatment for my shoulder.

ATTACHED DOCUMENTS

1. COMPLAINT, 2 pg
2. ANHC RECORDS, 6 pg
3. CLAIM REPORT #2017-0427, 2 pg
4. EXPENSES, 6 pg
5. OUTSTANDING MEDICAL BILLS 6 pg
6. CORRESPONDENCE- CLAIM NUMBER DIFFERENT 2017-0549, 4pg
7. CREDIT REPORT, 3 pg

Sincerely
Cecilia Preziose